**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM WINSTON, | : | No. 110 EM 2018 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED. Considering that Petitioner's PCRA petition has been pending for approximately three years with no judicial action appearing on the docket, the Application for Writ of Mandamus is GRANTED.

     Further, the common pleas court docket sheet indicates that counsel's representation is inactive. *See Commonwealth v. Winston*, CP-51-CR-0402771-1975. The Court of Common Pleas of Philadelphia County is DIRECTED to determine issues relative to Petitioner's representation status within 60 days, including whether he is entitled to court-appointed counsel. *See* Pa.R.Crim.P. 904(C).

     The Court of Common Pleas of Philadelphia County is further DIRECTED to ensure that, following resolution of the representation issue, the final adjudication of the PCRA petition occurs in due course.

The Prothonotary is DIRECTED to serve the order on the President Judge of the Court of Common Pleas of Philadelphia County, as well as on the Philadelphia District Attorney's Office.